IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **LINDA JONES AND ERIC NORMAN,** | § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| **ALLSTATE TEXAS LLOYD'S, INC.** | § § § | |
| **Defendant.** | § § § | |

### EXHIBIT A TO NOTICE OF REMOVAL

### LOCAL RULE CV-81(c) INFORMATION

**I.  LIST OF PARTIES AND STATUS**

1. Linda Jones
   Plaintiff/ Counter-Defendant

2. Eric Norma
   Plaintiff/ Counter-Defendant

3. Allstate Fire and Casualty Insurance Company
   Defendant/ Counter-Plaintiff

The removed case is currently pending as Cause No. B200181 in the 60th District Court of Jefferson County, Texas.

**II.  LIST OF COUNSEL OF RECORD**

1. Gilbert T. Adams, III
   State Bar No. 00790201
   Gilbert Adams Law Offices
   P.O. Drawer 3688
   Beaumont, Texas  77704
   Telephone: (409) 835-3000
   Facsimile: (409) 832-6162
   *Attorneys for Plaintiff Linda Jones and Eric Norman*

# Exhibit A

    2.     Ronald J. Restrepo
          Federal ID No. 920
          State Bar No. 16791300
          Sarah J. Allen
          State Bar No. 24064810
          Doyle, Restrepo, Harvin & Robbins, L.L.P.
          440 Louisiana, Suite 2300
          Houston, Texas 77002
          Telephone: (713) 228-5100
          Facsimile: (713) 228-6138
          *Attorneys for Defendant*
          *Allstate Fire and Casualty Insurance Company*

## III.   JURY DEMANDS

Plaintiffs Linda Jones and Eric Norman demanded trial by jury.

## IV.   STATE COURT INFORMATION

60th Civil District Court Jefferson County, Texas
1149 Pearl Street, 2nd Floor
Beaumont, Texas 77701

Phone: (409) 835-8472
Fax:   (409) 835-8527