IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **LINDA JONES AND ERIC NORMAN,** | § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| **ALLSTATE TEXAS LLOYD'S, INC.** | § § § | |
| **Defendant.** | § § | |

## EXHIBIT C TO NOTICE OF REMOVAL

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") has requested certified copies of the docket sheet, all process, pleadings, and orders served upon Allstate in the state court from the state county court at law and will supplement the record upon receipt.

# Exhibit C